AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michel Andre Dukes, Sr., also known as Michel A. Dukes, Sr.,<br>*Petitioner*<br>v.<br>Willie L. Eagleton,<br>*Respondent* | Civil Action No.  0:14-cv-04216-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Michel Andre Dukes, Sr., shall take nothing of the respondent, Willie L. Eagleton, as to the petition filed and this action is dismissed without prejudice and without requiring respondent to file a return.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.  The Court having affirmed the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed of the petition without prejudice.

Date:  January 13, 2015                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/G. Mills

                                                                                *Signature of Clerk or Deputy Clerk*